**FILED**

AUG 2 3 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. **1 : 23 CR 00457** |
| MAURICE STERETT, | ) | |
| BRIAN JOHNSON, | ) | Title 21, United States Code, |
| ANTONIO CROSS, | ) | Sections 841(a)(1), (b)(1)(B) and |
| MARVELL ROACH, | ) | (b)(1)(C); Title 18, United States |
| KENNETH TIMBERLAKE, | ) | Code, Sections 371, |
| TRAVIS WILLIAMS, | ) | 922(a)(1)(A), 922(g)(1), 922(o), |
| JAIVON WILLIAMS, | ) | 924(a)(1)(D), 924(a)(8), |
| | ) | 933(a)(1), 933(a)(3) and 2 |
| Defendants. | ) | **JUDGE RUIZ** |

COUNT 1
(Conspiracy to Engage in the Business of Importing, Manufacturing, or Dealing in Firearms
Without a License, 18 U.S.C. §§ 371 and 922(a)(1)(A))

The Grand Jury Charges:

1.       From on or about July 24, 2023, through on or about August 22, 2023, the exact

dates to the Grand Jury being unknown, in the Northern District of Ohio, Eastern Division and

elsewhere, Defendants MAURICE STERETT, BRIAN JOHNSON, ANTONIO CROSS,

MARVELL ROACH, KENNETH TIMBERLAKE, TRAVIS WILLIAMS, and JAIVON

WILLIAMS and others, known and unknown to the Grand Jury, did knowingly and intentionally

combine, conspire, confederate and agree together, with each other, and with diverse other

persons, to unlawfully, knowingly, and intentionally commit offenses against the United States,

that is, to engage in the business of importing, manufacturing, or dealing in firearms without a

federal firearms license, in violation of Title 18, United States Code, Section 922(a)(1)(A).

## OBJECT OF THE CONSPIRACY

2.      The object of the conspiracy was for the defendants to make a profit by obtaining firearms and then selling them in the Cleveland, Ohio area without first obtaining a federal firearms license authorizing them to sell the firearms.

## MANNER AND MEANS

3.      It was part of the conspiracy that the Defendants:

  a.      Did not obtain federal firearms licenses;

  b.      Obtained firearms from multiple sources and then re-sold the firearms to buyers for a profit;

  c.      Obtained firearms to re-sell that included stolen firearms, firearms with obliterated serial numbers, and firearms that had been used to commit violent crimes;

  d.      Sold loaded firearms;

  e.      Provided ammunition with the firearms they sold;

  f.      Communicated with potential buyers using cellular telephones, text messages, and social media applications to arrange for potential firearms sales;

  g.      Worked together to sell firearms to potential buyers;

  h.      Sold firearms with machine gun conversion devices, also known as "switches" or "buttons," that when applied converted semi-automatic firearms into machine guns;

  i.      Combined sales of firearms with sales of controlled substances;

  k.      Sold firearms to buyers they knew or had reason to believe planned to traffic the firearms to Canada and Mexico;

  l.      Sold firearms to buyers they knew or had reason to believe were prohibited from possessing firearms;

m.  Sold firearms to buyers they knew or had reason to believe planned to use the firearms to commit felony offenses; and

n.  Sold a combined total of at more than 50 firearms between on or about July 24, 2023, and on or about August 16, 2023, for a total of more than $48,000.

ACTS IN FURTHERANCE OF THE CONSPIRACY

4.  In furtherance of the conspiracy and to affect the object of the conspiracy, the following acts, among others, were committed in the Northern District of Ohio, Eastern Division, and elsewhere:

**July 24, 2023, Firearms Transactions at Braddock Avenue**

5.  On or about July 24, 2023, T.B., a person known to the Grand Jury but not indicted herein, arranged for undercover law enforcement officers (hereinafter "UC's") to purchase firearms from CROSS in the Braddock Avenue area of Cleveland, Ohio.

6.  On or about July 24, 2023, after T.B. introduced the UC's to CROSS, CROSS told them that his source for the firearms was "about to pull up."

7.  On or about July 24, 2023, STERETT arrived, and CROSS introduced him to the UC's for the purpose of selling them firearms.

8.  On or about July 24, 2023, STERETT sold an Anderson Manufacturing, Model AM-15, 7.62 mm pistol, serial number 15286758, for $1,000 to a UC.

9.  On or about July 24, 2023, JOHNSON made contact with the UC's on Braddock Avenue for the purpose of selling a firearm.

10.  On or about July 24, 2023, JOHNSON sold a Diamondback Arms, Inc., Model DB-15, 5.56 mm pistol, serial number DB1523592, for $1,200; and a Glock, Inc., Model 27GEN5, .40 caliber pistol, serial number BYAG161, for $800 to the UC's.

11.     On or about July 24, 2023, CROSS introduced a juvenile, hereinafter "JUVENILE," to the UC's to discuss the sale of firearms.

12.     On or about July 24, 2023, CROSS directed the JUVENILE to "go grab them other ones [firearms]."

13.     On or about July 24, 2023, JUVENILE sold a Charter Arms Shelton (CT Charter 2000), Model Pink Lady Off Duty, .38 caliber revolver, serial number 16-06967, for $200; a Glock, Model 48, 9 mm pistol, serial number BKMV617, for $550; and a Bersa, Model Thunder 380, .380 caliber pistol, serial number A62115, for $200 to the UC's.  Shell casings from the Glock, Model 48, 9 mm pistol were later determined to match shell casings found at the scene of a reported shooting incident (Felonious Assault) in Cleveland, Ohio on July 22, 2023.

14.     On or about July 24, 2023, CROSS took the $950 in payment from the UC's for the three firearms sold by JUVENILE described in the previous paragraph.

### July 25, 2023, Firearms Transactions at Braddock Avenue

15.     On or about July 25, 2023, JOHNSON arranged a meeting with UC's to sell a "macaroni and cheese," a reference to a Mac-10 style firearm, for $1,200.

16.     On or about July 25, 2023, the UC's went to meet JOHNSON and encountered STERETT on Braddock Avenue in Cleveland, Ohio, who informed the UC's that JOHNSON was on his way.

17.     On or about July 25, 2023, an individual known to the Grand Jury (hereinafter UNINDICTED CO-CONSPIRATOR 1) exited the same vehicle STERETT was in with a firearm, and STERETT asked UNINDICTED CO-CONSPIRATOR 1 if he wanted to sell the firearm.

18.     On or about July 25, 2023, UNINDICTED CO-CONSPIRATOR 1 sold a Springfield Armory, Model XDS, .45 caliber pistol, serial number AT101669, for $800 to a UC.

19.     On or about July 25, 2023, STERETT showed an AR-style rifle to a UC for possible purchase.

20.     On or about July 25, 2023, STERETT advised the UC's that "in a couple days I'm going to have like 30 guns, man."

21.     On or about July 25, 2023, JOHNSON arrived and sold a Masterpiece Arms, Model Defender, 9 mm pistol, serial number FX21916; and a Standard Manufacturing Company, LLS, Model S333 Thunderstruck, .22 caliber pistol, serial number SVF010160, for a total of $1,500 to the UC's.

### July 27, 2023, Firearms Transactions at Braddock Avenue

22.     On or about July 27, 2023, JOHNSON arranged to meet with a UC to sell firearms in the area near Braddock Avenue in Cleveland, Ohio.

23.     On or about July 27, 2023, after the UC's arrived on Braddock Avenue, TRAVIS WILLIAMS informed them that JOHNSON was on his way.

24.     On or about July 27, 2023, after JOHNSON arrived, TRAVIS WILLIAMS and JOHNSON showed the UC's four firearms that were for sale.

25.     On or about July 27, 2023, TRAVIS WILLIAMS and JOHNSON negotiated a sales price of $4,350 to sell four firearms to the UC's.

26.     On or about July 27, 2023, TRAVIS WILLIAMS sold a Charter Arms, Model Bulldog, .44 caliber revolver, serial number 14-38485, for $860 to the UC's.

27.     On or about July 27, 2023, JOHNSON sold a CMMG, Model MOD4SA, .223 caliber rifle, serial number SA02406, with three rounds of ammunition; an American Tactical, Model Omni-Hybrid, multi-caliber pistol, serial number NS240281, with 28 rounds of ammunition; and an FN, Model 509, 9 mm pistol, serial number GKS0014069, with 11 rounds of ammunition, for a total of $3,500 to the UC's.

28.     On or about July 27, 2023, JOHNSON discussed future firearms sales with the UC's, who explained to him that they trafficked the guns to Canada.

29.     On or about July 27, 2023, STERETT approached the UC's and told them that he was trying to get a large number of firearms for a large purchase, while the UC's informed him that they trafficked the firearms they purchase to Canada.

**August 1, 2023, Firearms Transactions at Braddock Avenue**

30.     On or about July 31, 2023, and August 1, 2023, STERETT arranged a meeting on Braddock Avenue in Cleveland, Ohio, with a UC to sell firearms and M-30 fentanyl pills;

31.     On or about August 1, 2023, STERETT, ROACH and an individual known to the Grand Jury (hereinafter UNINDICTED CO-CONSPIRATOR 2) were standing together when the UC's arrived on Braddock Avenue.

32.     On or about August 1, 2023, STERETT told the UC's, "I'm waiting on my brother to pull up with two more guns."

33.     On or about August 1, 2023, while one of the UC's was talking to STERETT, ROACH sold a Springfield Armory (HS Product), Model XDS-9, 9 mm pistol, serial number BY572439, with 19 rounds of ammunition for $1,000 to a UC.   Shell casings from the firearm were later found to match shell casings found at the scene of a reported Shooting into an Occupied Building that occurred in Cleveland, Ohio on June 22, 2023.

34.     On or about August 1, 2023, while waiting for the other person to arrive, STERETT sold a Glock, Model 27, .40 caliber, pistol, serial number AFPE665, with 10 rounds of ammunition, and 100 M-30 fentanyl pills for a total of $1,400 to the UC's.

35.     On or about August 1, 2023, STERETT asked the UC's if they wanted to purchase a Ruger pistol that belonged to another individual he referred to as "Trav."  STERETT called "Trav" and negotiated a sales price of $450 to sell the Ruger.  STERETT then sold a

Ruger, Model LCP, .380 caliber pistol, serial number 373-87734, with nine rounds of ammunition, for $450 to the UC's.

36.     On or about August 1, 2023, STERETT and the UC's discussed the sale of machine gun conversion devices.  STERETT called an unknown individual and said, "My dude here and he want to get that thing [firearm] with the button [machine gun conversion device] on it."  The UC's then stated they would be leaving, but would return later in the day.

37.     On or about August 1, 2023, before they left, UNINDICTED CO-CONSPIRATOR 2 approached the UC's and told them that an associate was about to arrive with a firearm for sale for $850.  STERETT interrupted and told UNINDICTED CO-CONSPIRATOR 2 that he should know that he has to talk to STERETT before "he do that." The UC's then left.

38.     On or about August 1, 2023, the UC's returned to Braddock Avenue.  They talked to UNINDICTED CO-CONSPIRATOR 2 who offered them a Glock, Model 20, pistol for sale for $1,200.  After negotiation, they agreed on a price of $1,000.  UNINDICTED CO-CONSPIRATOR 2 then obtained approval for a sales price of $1,000 from two unknown individuals.

39.     On or about August 1, 2023, UNINDICTED CO-CONSPIRATOR 2 sold a Glock, Model 20, 10 mm pistol, serial number BVEF432, with 10 rounds of ammunition, for $1,000 to a UC.

40.     On or about August 1, 2023, UNINDICTED CO-CONSPIRATOR 2 told a UC that "we about to come in stock today, waitin' on our people."

41.     On or about August 1, 2023, STERETT sold a Beretta, Model M9, 9 mm pistol, with an obliterated serial number, with 7 rounds of ammunition; and a Glock, Model 26, 9 mm pistol, serial number BUDB060, with 40 rounds of ammunition, for a total of $1,300 to UC's.

42.     On or about August 1, 2023, STERETT told the UC's that he was a "hustler, bro," and stated, "I run sh*t, I'm a boss," while pointing at UNINDICTED CO-CONSPIRATOR 2, and the UC's explained that they take the firearms they purchase to Canada to sell.

43.     On or about August 1, 2023, while discussing firearms sales with the UC's, STERETT directed CROSS to engage in a marijuana transaction.

44.     On or about August 1, 2023, CROSS told the UC's that he had two firearms for sale, a "Mack and an AR."

45.     On or about August 1, 2023, when asked if they should go through STERETT or directly to CROSS, CROSS responded to the UC's, "I'm the one that brought y'all down here, how you going to cut me out?"

### August 3, 2023, Firearms Transactions at Braddock Avenue

46.     On or about August 2, 2023, CROSS discussed firearms sales with a UC to occur on August 3, 2023, in the Braddock Avenue area in Cleveland, Ohio, using a social media application.  During the conversation, CROSS said, "Hold up, I'm about to tap my brother in." CROSS then added JAIVON WILLIAMS to the conversation about the firearms for sale. JAIVON WILLIAMS advised that he had a Glock pistol with a "switch [machine gun conversion device]."

47.     On or about August 3, 2023, when UC's arrived at Braddock Avenue to meet with CROSS and JAIVON WILLIAMs, they encountered STERETT, who possessed multiple firearms for sale.

48.     On or about August 3, 2023, STERETT sold a Ruger, Model Ruger-57, 5.7x28 mm, pistol, serial number 642-04160, with 19 rounds of ammunition; a Glock, Model 42, .380 caliber pistol, serial number AGXD210, with 9 rounds of ammunition; and a Glock, Model 43X, 9 mm pistol, serial number BUKP947, with 71 rounds of ammunition, for a total of $3,350 to

UC's. Shell casings from the Glock, Model 42, .380 caliber pistol were later determined to match shell casings found at the scene of a shooting (Felonious Assault) in Cleveland, Ohio, on June 25, 2023.  Shell casings from the Glock, Model 43X, 9 mm pistol were also later determined to match shell casings found at the following shooting incidents reported in Cleveland, Ohio: Felonious Assault on May 23, 2022; Felonious Assault on October 16, 2022; Felonious Assault on October 21, 2022; Discharging a Firearm at/near a Prohibited Premises on October 27, 2022; and Discharging a Firearm at/near a Prohibited Premises on February 20, 2023.

49.    On or about August 3, 2023, STERETT informed a UC that they were "supposed to have a lot of buttons [machine gun conversion devices] comin' in, so."

50.    On or about August 3, 2023, CROSS and JAIVON WILLIAMS came out of the same house on Braddock Avenue to meet with the UC's.  CROSS carried a rifle wrapped in a blanket tucked in his pants.  JAIVON WILLIAMS carried a bag with several firearms and had a firearm tucked into his waistband.  CROSS and JAIVON WILLIAMS took the firearms to the UC's vehicle and discussed selling the firearms.

51.    On or about August 3, 2023, CROSS sold an American Tactical Imports, Model OMNI Hybrid, multi-caliber pistol, serial number NS281428, with 22 rounds of ammunition; and a Masterpiece Arms, Model Defender, 9 mm caliber pistol, serial number FX38007, with 4 rounds of ammunition, for a total of $2,000 to the UC's.

52.    On or about August 3, 2023, CROSS sold a firearms suppressor to a UC for $50.

53.    On or about August 3, 2023, JAIVON WILLIAMS told UC's that the pistol in his waistband, which had a machine gun conversion device attached, would "spray," meaning fire fully automatic.

54.    On or about August 3, 2023, JAIVON WILLIAMS sold a Glock, Model 30, .45 caliber pistol, serial number WLF283 with a machine gun conversion device attached to it, with

12 rounds of ammunition, for $1,500 to UC's. JAIVON WILLIAMS also sold an extended magazine that held 30 rounds of ammunition for an extra $50. Shell casings from the firearm were later determined to match shell casings found at the scene of multiple reported shooting incidents: Discharging a Firearm at/near a Prohibited Premises on November 2, 2022, in Cleveland, Ohio; Felonious Assault on January 28, 2023, in Cleveland; and Discharging a Firearm at/near a Prohibited Premises on July 6, 2023, in Euclid, Ohio.

55.     On or about August 3, 2023, JAIVON WILLIAMS showed UC's how the machine gun conversion device worked on the firearm he sold.

56.     On or about August 3, 2023, JAIVON WILLIAMS, while in the presence of CROSS, discussed selling more firearms to the UC's in the future, including more firearms with "switches [machine gun conversion devices]," explaining that he "got hella switches … I got a Glock 22 with a switch. I got a Glock 19 with a switch."

57.     On or about August 3, 2023, UNINDICTED CO-CONSPIRATOR 2 arrived to talk to the UC's. While talking to a UC, an unknown male approached and told the UC that he had a "P80" firearm for sale. UNINDICTED CO-CONSPIRATOR 2 told the unknown male, "You gotta talk to Mo [STERETT], bro."

**August 7, 2023, Firearms Transactions at TIMBERLAKE's Residence**

58.     On or about August 7, 2023, STERETT arranged with UC's to sell them firearms at TIMBERLAKE's residence in Cleveland, Ohio, later that day.

59.     On or about August 7, 2023, UC's met with STERETT and TIMBERLAKE in the garage at TIMBERLAKE's residence.

60.     On or about August 7, 2023, STERETT showed the UC's multiple firearms for sale contained in a plastic bin, including a shotgun.

61.     On or about August 7, 2023, while STERETT was showing the UC's the firearms, TIMBERLAKE provided STERETT with a bag of shotgun shells.

62.     On or about August 7, 2023, STERETT and TIMBERLAKE sold nine firearms to UC's at TIMBERLAKE's residence for $6,500: a CANiK, Model TP9SA Mod 2, 9 mm pistol, serial number, 21AP20354; a Glock, Model 23, .40 caliber pistol, serial number SZM925; a Smith & Wesson, Model M&P 9 Shield M2.0, 9 mm pistol, serial number JFE8835; a Glock, Model 22, .40 caliber pistol, serial number BUZE630; a Taurus, Model G2C, 9 mm pistol, serial number ADA873657; an IWI, Model Jericho II, 9 mm pistol, serial number J2004045; a Ruger, Model LC9, 9 mm pistol, serial number 323-44452; a Mossberg, Model 500A, 12 gauge shotgun, serial number L909014; and a Smith & Wesson, M&P-15, multi-caliber rifle, serial number TN72436.  Shell casings from the CANiK, Model TP9SA Mod 2, 9 mm pistol were later determined to match shell casings found at a reported shooting (Improperly Discharging a Firearm on or near a Prohibited Premises) on April 8, 2023, in Cleveland, Ohio.  Shell casings from the Glock, Model 23, .40 caliber pistol were also later determined to match shell casings found at the scene of a shooting (Felonious Assault) on July 6, 2023, in Cleveland Heights, Ohio.

63.     On or about August 7, 2023, after the UC's took the firearms to their vehicle in the bin, TIMBERLAKE retrieved the plastic bin.

### August 7, 2023, Firearms Transactions at Lakefront Reservation

64.     On or about August 6 and 7, 2023, JOHNSON arranged to meet UC's on August 7, 2023, to sell them firearms at the Lakefront Reservation East 72nd Fishing Area in Cleveland, Ohio.

65.     On or about August 7, 2023, JOHNSON met with UC's at the Lakefront Reservation East 72nd Fishing Area, and JOHNSON informed them that "Mo [STERETT]" was also about to arrive and had Glocks for them.

66.     On or about August 7, 2023, JOHNSON sold a Smith & Wesson, Model M&P 15, 5.56 caliber rifle, serial number SY22175; a Taurus, Model PT1911, .45 caliber pistol, serial number NZI05328, with 6 rounds of ammunition; a Smith & Wesson, Model M&P 9, 9 mm pistol, serial number HVK1798; and a Taurus, Model PT111 G2, 9 mm pistol, serial number ABD503330, with 12 rounds of ammunition, for $2,600 to UC's.  Shell casings from the Taurus, Model PT111 G2, 9 mm pistol were later determined to match shell casings found at the scene of two shootings in Cleveland, Ohio: a Felonious Assault on January 23, 2022; and a Homicide on October 25, 2022.

67.     On or about August 7, 2023, JOHNSON discussed future sales of controlled substances with the UC's.

68.     On or about August 7, 2023, JOHNSON talked to STERETT over a social media application on his cellular telephone and handed the phone to a UC to talk to STERETT.

**August 8, 2023, Firearms and Drug Transactions at Braddock Avenue**

69.     On or about August 7 and 8, 2023, JOHNSON communicated with a UC and arranged a meeting to sell firearms and methamphetamine in the area of Braddock Avenue in Cleveland, Ohio.

70.     On or about August 8, 2023, JOHNSON sold an SWD, Model M11/9, 9 mm caliber pistol, serial number 89-0037587, for $1,200; an SWD, Model M11/9, 9 mm caliber pistol, serial number 88-0001617, for $1,200; and a Glock, Model M11/9, 9 mm caliber pistol, serial number BWGB890, with a machine gun conversion device installed on it for $2,000 to UC's.

71.     On or about August 8, 2023, JOHNSON told a UC that the Glock pistol with a machine gun conversion device was a "fully," meaning fully automatic, and stated, "It got the

built in switch [machine gun conversion device] already on there.  Can't even tell it's on there, built in."

72.     On or about August 8, 2023, JOHNSON sold approximately 453.9 grams of methamphetamine for $2,000 to the UC's.

73.     On or about August 8, 2023, during the transactions with JOHNSON, a UC walked away to meet with JAIVON WILLIAMS, who was in the area.  JAIVON WILLIAMS told the UC that they planned to acquire "a whole bunch of handguns," and showed a picture of a firearm on his cellular telephone.

### August 8, 2023, Firearms and Drug Transactions on Russell Road

74.     On or about August 7 and 8, 2023, A.P., a person known to the Grand Jury but not indicted herein, arranged for a sale of narcotics and firearms to a UC.  A.P. directed the UC to a meeting location on Russell Road in Cleveland, Ohio, on August 8, 2023.

75.     On or about August 8, 2023, A.P., CROSS, and JAIVON WILLIAMS arrived at the same time the location on Russell Road to meet with the UC's.  A.P. and CROSS arrived in the same vehicle, while JAIVON WILLIAMS arrived in a separate vehicle.

76.     On or about August 8, 2023, WILLIAMS carried a bookbag with a firearm in it, and CROSS carried a rifle wrapped in a jacket to the UC's vehicle where they negotiated the sale of the firearms.

77.     On or about August 8, 2023, WILLIAMS sold a Romarm, Model Micro Draco, 7.62 mm pistol, serial number PMD34410, with 29 rounds of ammunition for $1,700; and an FN, Model Five-Seven, 5.7 mm pistol, serial number 386373160, with 31 rounds of ammunition for $2,000 to the UC's.

78.     On or about August 8, 2023, CROSS sold a Smith & Wesson, Model M&P 16, 5.56 mm rifle, with an obliterated serial number, for $1,000; and a Glock, Model 19, 9 mm

pistol, serial number BTEG015, for $900 to the UC's. Shell casings from the Glock, Model 19, 9 mm pistol were later determined to match shell casings found at the scene of an Improper Discharge of a Firearm At or Into a Habitation on Cleveland, Ohio, on December 31, 2020.

79.     On or about August 8, 2023, while WILLIAMS and CROSS were selling firearms, A.P. also sold an ounce of fentanyl and three firearms to the UC's: a Mag Tactical System, Model MG-G4, multi-caliber pistol, serial number MTS26693; a Smith & Wesson, Model SD9VE, 9 mm pistol, serial number FBH4069; and a Smith & Wesson, Model 38, .38 caliber revolver, serial number 4J4354 for $2,650.

### August 9, 2023, Firearms Transactions at Lakefront Reservation

80.     On or about August 9, 2023, JOHNSON sent a text message to a UC that said, "You seen I got 5 glocks all raw."

81.     On or about August 9, 2023, JOHNSON met with UC's at Lakefront Reservation, East 72nd Fishing Area in Cleveland, Ohio to sell firearms.

82.     On or about August 9, 2023, JOHNSON sold a Glock, Model 19GEN5, 9 mm caliber pistol, serial number BPWT339, with 9 rounds of ammunition; a Glock, Model 17, 9 mm caliber pistol, serial number USC992; A Glock, Model 23, .40 caliber pistol, serial number WPS571; a Glock, 9 mm caliber pistol, serial number ACDX773; and a Glock, Model 45, 9 mm caliber pistol, serial number BYCU487, for a total of $5,400 to the UC's.

83.     On or about August 9, 2023, JOHNSON and a UC discussed conducting a sale of drugs the following day. JOHNSON also told the UC that he would see what firearms his associate had.

84.     On or about August 9, 2023, later that day, JOHNSON sent the UC a text message that stated, "I told mo [STERETT] y'all Coming back tomorrow."

85.     The following day, on or about August 10, 2023, JOHNSON sold a UC approximately 452.8 grams of methamphetamine.

### August 11, 2023, Attempted Firearms Transaction with STERETT

86.     On or about August 9, 2023, STERETT communicated with a UC regarding setting up a large firearms transaction.  STERETT texted, "30 for 40," meaning offering 30 firearms for $40,000.  The UC responded, "Ur sayin 40k?"  STERETT replied, "Yes," and "Maybe 50/45."  After the UC explained that was too much money, STERETT suggested a smaller transaction: "Know 10 g's for 9 bands but good sh*t," meaning offering 10 Glock firearms for $9,000.  After some further negotiations, STERETT agreed to meet with the UC on August 11, 2023.

87.     On or about August 11, 2023, STERETT directed the UC's to multiple locations, in an apparent attempt at counter-surveillance.  STERETT first suggested TIMBERLAKE's residence.  After the UC's objected, STERETT directed them to a location on East 160th Street in Cleveland, Ohio.  After the UC's went to that location, STERETT did not show, but instead directed them to go to Braddock Avenue.  When the UC's arrived at Braddock Avenue, they observed TIMBERLAKE and UNINDICTED CO-CONSPIRATOR 1 standing in the driveway of a residence where they had previously conducted transactions with STERETT.  STERETT again did not show.

88.     On or about August 11, 2023, after a UC sent a text message asking if STERETT was going to conduct the transaction or not, STERETT sent the UC a message accusing them of being the police.  The UC's then left without conducting a transaction.

### August 16, 2023, Firearm Transaction at JOHNSON's Residence

89.     On or about August 16, 2023, JOHNSON arranged a firearms sale with a UC.

90.     On or about August 16, 2023, JOHNSON first directed the UC's to a bar in Cleveland, Ohio.  JOHNSON did not show up at that location, but then directed the UC's to go to his residence in Cleveland, Ohio, where JOHNSON met the UC's.

91.     On or about August 16, 2023, JOHNSON sold a Polymer80, 9 mm pistol, no serial number, with 27 rounds of ammunition for $1,200 to UC's.

92.     On or about August 16, 2023, JOHNSON switched vehicles, followed the UC's from the buy location, called the UC's, and accused them of being the police.

All in violation of Title 18, United States Code, Section 371.

<u>COUNT 2</u>
(Engaging in the Business of Importing, Manufacturing, or Dealing in Firearms without a Federal Firearms License, 18 U.S.C. §§ 922(a)(1)(A), 924(a)(1)(D), and 2)

The Grand Jury further charges:

93.     The allegations of paragraphs 3 through 92 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

94.     On or about July 24, 2023, through on or about August 7, 2023, in the Northern District of Ohio, Eastern Division, Defendant MAURICE STERETT, not being a licensed importer, licensed manufacturer, or licensed dealer, did willfully engage in the business of importing, manufacturing, or dealing in firearms, those being:

| DATE | FIREARM(S) | PRICE |
|------|-----------|-------|
| 7/24/2023 | Anderson Manufacturing, Model AM-15, 7.62 mm pistol, serial number 15286758 | $1,000 |
| 8/1/2023 | Glock, Model 27, .40 caliber pistol, serial number AFPE665; and Ruger, Model LCP, .380 caliber pistol, serial number 373-87734 | $1,850 |
| 8/1/2023 | Beretta, Model M9, 9 mm pistol, with an obliterated serial number; and Glock, Model 26, 9 mm pistol, serial number BUDB060 | $1,300 |
| 8/3/2023 | Ruger, Model Ruger-57, 5.7x28 mm pistol, serial number 642-04160; Glock, Model 42, .380 caliber pistol, serial number AGXD210; and Glock, Model 43X, 9 mm pistol, serial number BUKP947 | $3,350 |

| DATE | FIREARM(S) | PRICE |
|------|-----------|-------|
| 8/7/2023 | CANiK, Model TP9SA Mod 2, 9 mm pistol, serial number, 21AP20354; Glock, Model 23, .40 caliber pistol, serial number SZM925; Smith & Wesson, Model M&P 9 Shield M2.0, 9 mm pistol, serial number JFE8835; Glock, Model 22, .40 caliber pistol, serial number BUZE630; Taurus, Model G2C, 9 mm pistol, serial number ADA873657; IWI, Model Jericho II, 9 mm pistol, serial number J2004045; Ruger, Model LC9, 9 mm pistol, serial number 323-44452; Mossberg, Model 500A, 12 gauge shotgun, serial number L909014; and Smith & Wesson, M&P-15, multi-caliber rifle, serial number TN72436 | $6,500 |

all having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(a)(1)(A), and 924(a)(1)(D) and 2.

COUNT 3
(Engaging in the Business of Importing, Manufacturing, or Dealing in Firearms without a Federal Firearms License, 18 U.S.C. §§ 922(a)(1)(A), 924(a)(1)(D), and 2)

The Grand Jury further charges:

95. The allegations of paragraphs 3 through 92 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

96. On or about July 24, 2023, through on or about August 9, 2023, in the Northern District of Ohio, Eastern Division, Defendant BRIAN JOHNSON, not being a licensed importer, licensed manufacturer, or licensed dealer, did willfully engage in the business of importing, manufacturing, or dealing in firearms, those being:

| DATE | FIREARM(S) | PRICE |
|------|-----------|-------|
| 7/24/2023 | Diamondback Arms, Inc., Model DB-15, 5.56 mm pistol, serial number DB1523592; and Glock, Model 27GEN5, .40 caliber pistol, serial number BYAG161 | $2,000 |
| 7/25/2023 | Masterpiece Arms, Model Defender, 9 mm pistol, serial number FX21916; Standard Manufacturing Company, LLS, Model S333 Thunderstruck, .22 caliber pistol, serial number SVF010160 | $1,500 |

| DATE | FIREARM(S) | PRICE |
|---|---|---|
| 7/27/2023 | Charter Arms, .44, Model Bulldog, .44 caliber revolver, serial number 14-38485; <br> CMMG, Model MOD4SA, .223 caliber rifle, serial number SA02406; <br> American Tactical, Model Omni-Hybrid, multi-caliber pistol, serial number NS240281; and <br> FN, Model 509, 9 mm pistol, serial number GKS0014069 | $4,350 |
| 8/7/2023 | Smith & Wesson, Model M&P 15, 5.56 caliber rifle, serial number SY22175; <br> Taurus, Model PT1911, .45 caliber pistol, serial number NZI05328; <br> Smith & Wesson, Model M&P 9, 9 mm pistol, serial number HVK1798; and <br> Taurus, Model PT111 G2, 9 mm pistol, serial number ABD503330 | $2,600 |
| 8/8/2023 | SWD, Model M11/9, 9 mm caliber pistol, serial number 89-0037587; <br> SWD, Model M11/9, 9 mm caliber pistol, serial number 88-0001617; and <br> Glock, Model M11/9, 9 mm caliber pistol, serial number BWGB890 | $4,400 |
| 8/9/20233 | Glock, Model 19GEN5, 9 mm caliber pistol, serial number BPWT339; <br> Glock, Model 17, 9 mm caliber pistol, serial number USC992; <br> Glock, Model 23, .40 caliber pistol, serial number WPS571; <br> Glock, 9 mm caliber pistol, serial number ACDX773; and <br> Glock, Model 45, 9 mm caliber pistol, serial number BYCU487 | $5,400 |

all having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(a)(1)(A), and 924(a)(1)(D) and 2.

COUNT 4

(Engaging in the Business of Importing, Manufacturing, or Dealing in Firearms without a Federal Firearms License, 18 U.S.C. §§ 922(a)(1)(A), 924(a)(1)(D), and 2)

The Grand Jury further charges:

97.     The allegations of paragraphs 3 through 92 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

98.     On or about July 24, 2023, through on or about August 8, 2023, in the Northern District of Ohio, Eastern Division, Defendant ANTONIO CROSS, not being a licensed importer, licensed manufacturer, or licensed dealer, did willfully engage in the business of importing, manufacturing, or dealing in firearms, those being:

| DATE | FIREARM(S) | PRICE |
|------|-----------|-------|
| 7/24/2023 | Charter Arms Shelton (CT Charter 2000), Model Pink Lady Off Duty, .38 caliber, revolver, serial number 16-06967; Glock, Model 48, 9mm pistol, serial number BKMV617; and Bersa, Model Thunder 380, .380 caliber pistol, serial number A62115 | $950 |
| 8/3/2023 | American Tactical Imports, Model OMNI Hybrid, multi-caliber pistol, serial number NS281428; Masterpiece Arms, Model Defender, 9 mm caliber pistol, serial number FX38007; and Glock, Model 30, .45 caliber, serial number WLF283 | $3,500 |
| 8/8/2023 | Smith & Wesson, Model M&P 16, 5.56 mm rifle, with an obliterated serial number; and Glock, Model 19, 9 mm pistol, serial number BTEG015 | $1,900 |

all having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(a)(1)(A), and 924(a)(1)(D) and 2.

## COUNT 5
(Engaging in the Business of Importing, Manufacturing, or Dealing in Firearms without a Federal Firearms License, 18 U.S.C. §§ 922(a)(1)(A), 924(a)(1)(D), and 2)

The Grand Jury further charges:

99.     The allegations of paragraphs 3 through 92 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

100.     On or about August 7, 2023, in the Northern District of Ohio, Eastern Division, Defendant KENNETH TIMBERLAKE, not being a licensed importer, licensed manufacturer, or licensed dealer, did willfully engage in the business of importing, manufacturing, or dealing in firearms, those being:

| DATE | FIREARM(S) | PRICE |
|---|---|---|
| 8/7/2023 | CANiK, Model TP9SA Mod 2, 9 mm pistol, serial number, 21AP20354; Glock, Model 23, .40 caliber pistol, serial number SZM925; Smith & Wesson, Model M&P 9 Shield M2.0, 9 mm pistol, serial number JFE8835; Glock, Model 22, .40 caliber pistol, serial number BUZE630; Taurus, Model G2C, 9 mm pistol, serial number ADA873657; IWI, Model Jericho II, 9 mm pistol, serial number J2004045; Ruger, Model LC9, 9 mm pistol, serial number 323-44452; Mossberg, Model 500A, 12 gauge shotgun, serial number L909014; and Smith & Wesson, M&P-15, multi-caliber rifle, serial number TN72436 | $6,500 |

all having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(a)(1)(A), and 924(a)(1)(D) and 2.

## COUNT 6
(Engaging in the Business of Importing, Manufacturing, or Dealing in Firearms without a Federal Firearms License, 18 U.S.C. §§ 922(a)(1)(A), 924(a)(1)(D), and 2)

The Grand Jury further charges:

101.    The allegations of paragraphs 3 through 92 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

102.    On or about July 27, 2023, in the Northern District of Ohio, Eastern Division, Defendant TRAVIS WILLIAMS, not being a licensed importer, licensed manufacturer, or licensed dealer, did willfully engage in the business of importing, manufacturing, or dealing in firearms, those being:

| DATE | FIREARM(S) | PRICE |
|---|---|---|
| 7/27/2023 | Charter Arms, Model Bulldog, .44 caliber revolver, serial number 14-38485; CMMG, Model MOD4SA, .223 caliber rifle serial number SA02406; American Tactical, Model Omni-Hybrid, multi-caliber pistol, serial number NS240281; and FN, Model 509, 9 mm pistol, serial number GKS0014069 | $4,350 |

all having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(a)(1)(A), and 924(a)(1)(D) and 2.

## COUNT 7
(Engaging in the Business of Importing, Manufacturing, or Dealing in Firearms without a
Federal Firearms License, 18 U.S.C. §§ 922(a)(1)(A), 924(a)(1)(D), and 2)

The Grand Jury further charges:

103.    The allegations of paragraphs 3 through 92 of this Indictment are re-alleged and
incorporated by reference as if fully set forth herein.

104.    On or about August 3, 2023, through on or about August 8, 2023, in the Northern
District of Ohio, Eastern Division, Defendant JAIVON WILLIAMS, not being a licensed
importer, licensed manufacturer, or licensed dealer, did willfully engage in the business of
importing, manufacturing, or dealing in firearms, those being:

| DATE | FIREARM(S) | PRICE |
|------|------------|-------|
| 8/3/2023 | American Tactical Imports, Model OMNI Hybrid, multi-caliber pistol, serial number NS281428; Masterpiece Arms, Model Defender, 9 mm caliber pistol, serial number FX38007; and Glock, Model 30, .45 caliber, serial number WLF283 | $3,500 |
| 8/8/2023 | Romarm, Model Micro Draco, 7.62 mm pistol, serial number PMD34410; and FN, Model Five-Seven, 5.7 mm pistol, serial number 386373160, | $3,700 |

all having been shipped and transported in interstate commerce, in violation of Title 18, United
States Code, Sections 922(a)(1)(A), and 924(a)(1)(D) and 2.

## COUNT 8
(Conspiracy to Engage in Firearms Trafficking, 18 U.S.C. § 933(a)(1) and (3))

The Grand Jury further charges:

105.    The allegations of paragraphs 3 through 92 of this Indictment are re-alleged and
incorporated by reference as if fully set forth herein.

106.    From on or about July 24, 2023, through on or about August 22, 2023, the exact
dates to the Grand Jury being unknown, in the Northern District of Ohio, Eastern Division and
elsewhere, Defendants MAURICE STERETT, BRIAN JOHNSON, ANTONIO CROSS,

21

MARVELL ROACH, KENNETH TIMBERLAKE, TRAVIS WILLIAMS, and JAIVON

WILLIAMS and others known and unknown to the Grand Jury did knowingly and intentionally

combine, conspire, confederate and agree together, with each other, and with diverse other

persons, to ship, transport, transfer, cause to be transported or otherwise dispose of firearms to

other person, in or otherwise affecting commerce, knowing or having reasonable cause to believe

that the use, carrying, or possession of the firearms by the other persons would constitute a

felony, in violation of Title 18, United States Code, Section 933(a)(1) and (3).

COUNT 9
(Trafficking in Firearms, 18 U.S.C. §§ 933(a)(1) and 2)

The Grand Jury further charges:

107.    The allegations of paragraphs 3 through 92 of this Indictment are re-alleged and

incorporated by reference as if fully set forth herein.

108.    On or about July 24, 2023, through on or about August 7, 2023, in the Northern

District of Ohio, Eastern Division, Defendant MAURICE STERETT did ship, transport, transfer,

cause to be transported, or otherwise dispose of firearms, to wit:

| DATE | FIREARM(S) |
|---|---|
| 7/24/2023 | Anderson Manufacturing, Model AM-15, 7.62 mm pistol, serial number 15286758 |
| 8/1/2023 | Glock, Model 27, .40 caliber pistol, serial number AFPE665; and Ruger, Model LCP, .380 caliber pistol, serial number 373-87734 |
| 8/1/2023 | Beretta, Model M9, 9 mm, pistol with an obliterated serial number; and Glock, Model 26, 9 mm pistol, serial number BUDB060 |
| 8/3/2023 | Ruger, Model Ruger-57, 5.7x28 mm pistol, serial number 642-04160; Glock, Model 42, .380 caliber pistol, serial number AGXD210; and Glock, Model 43X, 9 mm pistol, serial number BUKP947 |
| 8/7/2023 | CANiK, Model TP9SA Mod 2, 9 mm pistol, serial number, 21AP20354; Glock, Model 23, .40 caliber pistol, serial number SZM925; Smith & Wesson, Model M&P 9 Shield M2.0, 9 mm pistol, serial number JFE8835; Glock, Model 22, .40 caliber pistol, serial number BUZE630; Taurus, Model G2C, 9 mm pistol, serial number ADA873657; IWI, Model Jericho II, 9 mm pistol, serial number J2004045; Ruger, Model LC9, 9 mm pistol, serial number 323-44452; |

| DATE | FIREARM(S) |
|---|---|
| | Mossberg, Model 500A, 12 gauge shotgun, serial number L909014; and Smith & Wesson, M&P-15, multi-caliber rifle, serial number TN72436 |

to a Recipient in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the Recipient would constitute a felony, in violation of Title 18, United States Code, Sections 933(a)(1) and 2.

COUNT 10
(Trafficking in Firearms, 18 U.S.C. §§ 933(a)(1) and 2)

The Grand Jury further charges:

109.    The allegations of paragraphs 3 through 92 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

110.    On or about July 24, 2023, through on or about August 9, 2023, in the Northern District of Ohio, Eastern Division, Defendant BRIAN JOHNSON did ship, transport, transfer, cause to be transported, or otherwise dispose of firearms, to wit:

| DATE | FIREARM(S) |
|---|---|
| 7/24/2023 | Diamondback Arms, Inc., Model DB-15, 5.56 mm pistol, serial number DB1523592;  and Glock, Inc., Model 27GEN5, .40 caliber pistol, serial number BYAG161 |
| 7/25/2023 | Masterpiece Arms, Model Defender, 9 mm pistol, serial number FX21916; and Standard Manufacturing Company, LLS, Model S333 Thunderstruck, .22 caliber pistol, serial number SVF010160 |
| 7/27/2023 | Charter Arms, Model Bulldog, .44 caliber revolver, serial number 14-38485; CMMG, Model MOD4SA, .223 caliber rifle, serial number SA02406; American Tactical, Model Omni-Hybrid, multi-caliber pistol, serial number NS240281; and FN, Model 509, 9 mm pistol, serial number GKS0014069 |
| 8/7/2023 | Smith & Wesson, Model M&P 15, 5.56 caliber rifle, serial number SY22175; Taurus, Model PT1911, .45 caliber pistol, serial number NZI05328; Smith & Wesson, Model M&P 9, 9 mm pistol, serial number HVK1798; and Taurus, Model PT111 G2, 9 mm pistol, serial number ABD503330 |

| DATE | FIREARM(S) |
|------|-----------|
| 8/8/2023 | SWD, Model M11/9, 9 mm caliber pistol, serial number 89-0037587; SWD, Model M11/9, 9 mm caliber pistol, serial number 88-0001617; and Glock, Model M11/9, 9 mm caliber pistol, serial number BWGB890 |
| 8/9/20233 | Glock, Model 19GEN5, 9 mm caliber pistol, serial number BPWT339; Glock, Model 17, 9 mm caliber pistol, serial number USC992; Glock, Model 23, .40 caliber pistol, serial number WPS571; Glock, 9 mm caliber pistol, serial number ACDX773; and Glock, Model 45, 9 mm caliber pistol, serial number BYCU487 |

to a Recipient in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the Recipient would constitute a felony, in violation of Title 18, United States Code, Sections 933(a)(1) and 2.

<u>COUNT 11</u>
(Trafficking in Firearms, 18 U.S.C. §§ 933(a)(1) and 2)

The Grand Jury further charges:

111.    The allegations of paragraphs 3 through 92 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

112.    On or about July 24, 2023, through on or about August 8, 2023, in the Northern District of Ohio, Eastern Division, Defendant ANTONIO CROSS did ship, transport, transfer, cause to be transported, or otherwise dispose of firearms, to wit:

| DATE | FIREARM(S) |
|------|-----------|
| 7/24/2023 | Charter Arms Shelton (CT Charter 2000), Model Pink Lady Off Duty, .38 caliber revolver, serial number 16-06967; Glock, Inc., Model 48, 9 mm pistol, serial number BKMV617; and Bersa, Model Thunder 380, .380 caliber pistol, serial number A62115 |
| 8/3/2023 | American Tactical Imports, Model OMNI Hybrid, multi-caliber pistol, serial number NS281428; Masterpiece Arms, Model Defender, 9 mm caliber pistol, serial number FX38007; and a Glock, Model 30, .45 caliber pistol, serial number WLF283 |
| 8/8/2023 | Smith & Wesson, Model M&P 16, 5.56 mm rifle, with an obliterated serial number; and Glock, Model 19, 9 mm pistol, serial number BTEG015 |

to a Recipient in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the Recipient would constitute a felony, in violation of Title 18, United States Code, Sections 933(a)(1) and 2.

COUNT 12
(Trafficking in Firearms, 18 U.S.C. §§ 933(a)(1) and 2)

The Grand Jury further charges:

113.    The allegations of paragraphs 3 through 92 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

114.    On or about July 27, 2023, in the Northern District of Ohio, Eastern Division, Defendant MARVELL ROACH did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit: a Springfield Armory (HS Product), Model XDS-9, 9 mm pistol, serial number BY572439, to a Recipient in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the Recipient would constitute a felony, in violation of Title 18, United States Code, Sections 933(a)(1) and 2.

COUNT 13
(Trafficking in Firearms, 18 U.S.C. §§ 933(a)(1) and 2)

The Grand Jury further charges:

115.    The allegations of paragraphs 3 through 92 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

116.    On or about August 7, 2023, in the Northern District of Ohio, Eastern Division, Defendant KENNETH TIMBERLAKE did ship, transport, transfer, cause to be transported, or otherwise dispose of firearms, to wit:

25

| DATE | FIREARM(S) |
|------|-----------|
| 8/7/2023 | CANiK, Model TP9SA Mod 2, 9 mm pistol, serial number, 21AP20354; Glock, Model 23, .40 caliber pistol, serial number SZM925; Smith & Wesson, Model M&P 9 Shield M2.0, 9 mm pistol, serial number JFE8835; Glock, Model 22, .40 caliber pistol, serial number BUZE630; Taurus, Model G2C, 9 mm pistol, serial number ADA873657; IWI, Model Jericho II, 9 mm pistol, serial number J2004045; Ruger, Model LC9, 9 mm pistol, serial number 323-44452; Mossberg, Model 500A, 12 gauge shotgun, serial number L909014; and Smith & Wesson, M&P-15, multi-caliber rifle, serial number TN72436 |

to a Recipient in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the Recipient would constitute a felony, in violation of Title 18, United States Code, Section 933(a)(1) and 2.

COUNT 14
(Trafficking in Firearms, 18 U.S.C. §§ 933(a)(1) and 2)

The Grand Jury further charges:

117.    The allegations of paragraphs 3 through 92 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

118.    On or about July 27, 2023, in the Northern District of Ohio, Eastern Division, Defendant TRAVIS WILLIAMS did ship, transport, transfer, cause to be transported, or otherwise dispose of firearms, to wit:

| DATE | FIREARM(S) |
|------|-----------|
| 7/27/2023 | Charter Arms, Model Bulldog, .44 caliber revolver, serial number 14-38485; CMMG, Model MOD4SA, .223 caliber rifle serial number SA02406; American Tactical, Model Omni-Hybrid, multi-caliber pistol, serial number NS240281; and FN, Model 509, 9 mm pistol, serial number GKS0014069 |

to a Recipient in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the Recipient would constitute a felony, in violation of Title 18, United States Code, Section 933(a)(1) and 2.

<u>COUNT 15</u>
(Trafficking in Firearms, 18 U.S.C. §§ 933(a)(1) and 2)

The Grand Jury further charges:

119.    The allegations of paragraphs 3 through 92 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

120.    On or about August 3, 2023, through on or about August 8, 2023, in the Northern District of Ohio, Eastern Division, Defendant JAIVON WILLIAMS did ship, transport, transfer, cause to be transported, or otherwise dispose of firearms, to wit:

| DATE | FIREARM(S) |
|------|-----------|
| 8/3/2023 | American Tactical Imports, Model OMNI Hybrid, multi-caliber pistol, serial number NS281428; Masterpiece Arms, Model Defender, 9 mm caliber pistol, serial number FX38007; and a Glock, Model 30, .45 caliber pistol, serial number WLF283 |
| 8/8/2023 | Romarm, Model Micro Draco, 7.62 mm pistol, serial number PMD34410; and FN, Model Five-Seven, 5.7 mm pistol, serial number 386373160 |

to a Recipient in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the Recipient would constitute a felony, in violation of Title 18, United States Code, Sections 933(a)(1) and 2.

<u>COUNT 16</u>
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

121.    On or about July 24, 2023, in the Northern District of Ohio, Eastern Division, Defendant MAURICE STERETT, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being:  Possession of Heroin (F-4), Lake County Court of Common Pleas, No. 14-CR-000979, or about June 13, 2016; Facilitation to Criminal Syndication and Criminal Possession of Forged Instrument I, Jefferson

Circuit Court, Kentucky, No. 15CR2518, on or about April 29, 2016; Robbery (F-2), Aggravated Robbery (F-1), Felonious Assault (F-2), and Theft-Motor Vehicle (F-4), Cuyahoga County Court of Common Pleas, CR-05-473513-E, on or about July 20, 2006; Burglary-Trespass in a Habitation when a Person is Present (F-3), Cuyahoga County Court of Common Pleas, CR-12-568652, on or about June 18, 2013; Burglary (F-3), Cuyahoga County Court of Common Pleas, CR-13-572032, on or about June 18, 2013, knowingly possessed in and affecting interstate commerce a firearm, to wit: an Anderson Manufacturing, Model AM-15, 7.62 mm pistol, serial number 15286758, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

<u>COUNT 17</u>
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

122.    On or about July 24, 2023, in the Northern District of Ohio, Eastern Division, Defendant BRIAN JOHNSON, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Felon in Possession of Firearm, United States District Court, Northern District of Ohio, 1:05-cr-00119-JG, on or about July 15, 2005; Trafficking in Drugs (F-4), Cuyahoga County Court of Common Pleas, CR 417947, on or about February 27, 2002; and Aggravated Burglary (F-1), Cuyahoga County Court of Common Pleas, CR-11-552651, on or about November 23, 2011, knowingly possessed in and affecting interstate commerce firearms, to wit: a Diamondback Arms, Inc., Model DB-15, 5.56 mm pistol, serial number DB1523592; and a Glock, Model 27GEN5, .40 caliber pistol, serial number BYAG161, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

<u>COUNT 18</u>
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

123.    On or about July 25, 2023, in the Northern District of Ohio, Eastern Division, Defendant BRIAN JOHNSON, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Felon in Possession of Firearm, United States District Court, Northern District of Ohio, 1:05-cr-00119-JG, on or about July 15, 2005; Trafficking in Drugs (F-4), Cuyahoga County Court of Common Pleas, CR 417947, on or about February 27, 2002; and Aggravated Burglary (F-1), Cuyahoga County Court of Common Pleas, CR-11-552651, on or about November 23, 2011, knowingly possessed in and affecting interstate commerce firearms, to wit: a Masterpiece Arms, Model Defender, 9 mm pistol, serial number FX21916; and a Standard Manufacturing Company, LLS, Model S333 Thunderstruck, .22 caliber pistol, serial number SVF010160, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

<u>COUNT 19</u>
(Distribution of a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

124.    On or about July 25, 2023, in the Northern District of Ohio, Eastern Division, Defendant MAURICE STERETT, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

<u>COUNT 20</u>
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

125.    On or about July 27, 2023, in the Northern District of Ohio, Eastern Division,

Defendant BRIAN JOHNSON, knowing he had previously been convicted of crimes punishable

by imprisonment for a term exceeding one year, those being: Felon in Possession of Firearm,

United States District Court, Northern District of Ohio, 1:05-cr-00119-JG, on or about July 15,

2005; Trafficking in Drugs (F-4), Cuyahoga County Court of Common Pleas, CR 417947, on or

about February 27, 2002; and Aggravated Burglary (F-1), Cuyahoga County Court of Common

Pleas, CR-11-552651, on or about November 23, 2011, knowingly possessed in and affecting

interstate commerce firearms, to wit: a CMMG, Model MOD4SA, .223 caliber rifle, serial

number SA02406; an American Tactical, Model Omni-Hybrid, multi-caliber pistol, serial

number NS240281; and an FN, Model 509, 9 mm pistol, serial number GKS0014069, said

firearms having been shipped and transported in interstate commerce, in violation of Title 18,

United States Code, Sections 922(g)(1) and 924(a)(8).

<u>COUNT 21</u>
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

126.    On or about July 27, 2023, in the Northern District of Ohio, Eastern Division,

Defendant TRAVIS WILLIAMS, knowing he had previously been convicted of crimes

punishable by imprisonment for a term exceeding one year, those being:  Attempted Escape (F-

4), Cuyahoga County Court of Common Pleas, CR-05-461896-A, on or about November 18,

2005; Drug Abuse (F-4), Cuyahoga County Court of Common Pleas, CR-95-327385-B, on or

about October 26, 1995; Trafficking in Drugs (F-3), Cuyahoga County Court of Common Pleas,

CR-95-324210-ZA, on or about October 26, 1995, knowingly possessed in and affecting

interstate commerce a firearm, to wit: a Charter Arms, Model Bulldog, .44 caliber revolver, serial number 14-38485, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 22

(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

127.    On or about August 1, 2023, in the Northern District of Ohio, Eastern Division, Defendant MAURICE STERETT, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being:  Possession of Heroin (F-4), Lake County Court of Common Pleas, No. 14-CR-000979, or about June 13, 2016; Facilitation to Criminal Syndication and Criminal Possession of Forged Instrument I, Jefferson Circuit Court, Kentucky, No. 15CR2518, on or about April 29, 2016; Robbery (F-2), Aggravated Robbery (F-1), Felonious Assault (F-2), and Theft-Motor Vehicle (F-4), Cuyahoga County Court of Common Pleas, CR-05-473513-E, on or about July 20, 2006; Burglary-Trespass in a Habitation when a Person is Present (F-3), Cuyahoga County Court of Common Pleas, CR-12-568652, on or about June 18, 2013; Burglary (F-3), Cuyahoga County Court of Common Pleas, CR-13-572032, on or about June 18, 2013, knowingly possessed in and affecting interstate commerce firearms, to wit: a Glock, Model 27, .40 caliber pistol, serial number AFPE665; and a Ruger, Model LCP, .380 caliber pistol, serial number 373-87734, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

<u>COUNT 23</u>
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

128.    On or about August 1, 2023, in the Northern District of Ohio, Eastern Division,

Defendant MARVELL ROACH, knowing he had previously been convicted of crimes

punishable by imprisonment for a term exceeding one year, those being:  Possession of Drugs (F-

4), Cuyahoga County Court of Common Pleas, CR-00-388454-ZA, on or about May 31, 2000;

and Possession of Drugs (F-4), Cuyahoga County Court of Common Pleas, CR-99-375082-ZA,

on or about August 18, 1999, knowingly possessed in and affecting interstate commerce a

firearm, to wit: a Springfield Armory (HS Product), Model XDS-9, 9 mm pistol, serial number

BY572439, said firearm having been shipped and transported in interstate commerce, in

violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

<u>COUNT 24</u>
(Distribution of a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

129.    On or about August 1, 2023, in the Northern District of Ohio, Eastern Division,

Defendant MAURICE STERETT, did knowingly and intentionally distribute a mixture and

substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in

violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

<u>COUNT 25</u>
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

130.    On or about August 1, 2023, in the Northern District of Ohio, Eastern Division,

Defendant MAURICE STERETT, knowing he had previously been convicted of crimes

punishable by imprisonment for a term exceeding one year, those being:  Possession of Heroin

32

(F-4), Lake County Court of Common Pleas, No. 14-CR-000979, or about June 13, 2016;

Facilitation to Criminal Syndication and Criminal Possession of Forged Instrument I, Jefferson

Circuit Court, Kentucky, No. 15CR2518, on or about April 29, 2016; Robbery (F-2), Aggravated

Robbery (F-1), Felonious Assault (F-2), and Theft-Motor Vehicle (F-4), Cuyahoga County Court

of Common Pleas, CR-05-473513-E, on or about July 20, 2006; Burglary-Trespass in a

Habitation when a Person is Present (F-3), Cuyahoga County Court of Common Pleas, CR-12-

568652, on or about June 18, 2013; Burglary (F-3), Cuyahoga County Court of Common Pleas,

CR-13-572032, on or about June 18, 2013, knowingly possessed in and affecting interstate

commerce firearms, to wit: a Beretta, Model M9, 9 mm pistol with an obliterated serial number;

and a Glock, Model 26, 9 mm pistol bearing serial number BUDB060, said firearms having been

shipped and transported in interstate commerce, in violation of Title 18, United States Code,

Sections 922(g)(1) and 924(a)(8).

COUNT 26

(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

131.    On or about August 3, 2023, in the Northern District of Ohio, Eastern Division,

Defendant MAURICE STERETT, knowing he had previously been convicted of crimes

punishable by imprisonment for a term exceeding one year, those being:  Possession of Heroin

(F-4), Lake County Court of Common Pleas, No. 14-CR-000979, or about June 13, 2016;

Facilitation to Criminal Syndication and Criminal Possession of Forged Instrument I, Jefferson

Circuit Court, Kentucky, No. 15CR2518, on or about April 29, 2016; Robbery (F-2), Aggravated

Robbery (F-1), Felonious Assault (F-2), and Theft-Motor Vehicle (F-4), Cuyahoga County Court

of Common Pleas, CR-05-473513-E, on or about July 20, 2006; Burglary-Trespass in a

Habitation when a Person is Present (F-3), Cuyahoga County Court of Common Pleas, CR-12-

568652, on or about June 18, 2013; Burglary (F-3), Cuyahoga County Court of Common Pleas, CR-13-572032, on or about June 18, 2013, knowingly possessed in and affecting interstate commerce firearms, to wit: a Ruger, Model Ruger-57, 5.7x28 mm, pistol, serial number 642-04160; a Glock, Model 42, .380 caliber pistol, serial number AGXD210; and a Glock, Model 43X, 9 mm pistol. serial number BUKP947, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 27
(Possession of a Machine Gun, 18 U.S.C. §§ 922(o) and 924(a)(2))

132.    On or about August 3, 2023, in the Northern District of Ohio, Eastern Division, Defendant JAIVON WILLIAMS, did knowingly possess a machine gun, as defined in Title 26, United States Code, Section 5845(a)(6), that is a machine gun within the meaning of Title 26, United States Code, Section 5845(b), and more particularly described as a Glock, Model 30, .45 caliber pistol, serial number WLF283 with a machine gun conversion device attached to it, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

COUNT 28
(Transfer of a Machine Gun, 18 U.S.C. §§ 922(o), 924(a)(2) and 2)

133.    On or about August 3, 2023, in the Northern District of Ohio, Eastern Division, Defendants JAIVON WILLIAMS and ANTONIO CROSS, did knowingly transfer a machine gun, as defined in Title 26, United States Code, Section 5845(a)(6), that is a machine gun within the meaning of Title 26, United States Code, Section 5845(b), and more particularly described as a Glock, Model 30, .45 caliber pistol, serial number WLF283 with a machine gun conversion device attached to it, in violation of Title 18, United States Code, Sections 922(o), 924(a)(2) and 2.

<u>COUNT 29</u>
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

134.    On or about August 7, 2023, in the Northern District of Ohio, Eastern Division, Defendant MAURICE STERETT, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being:  Possession of Heroin (F-4), Lake County Court of Common Pleas, No. 14-CR-000979, or about June 13, 2016; Facilitation to Criminal Syndication and Criminal Possession of Forged Instrument I, Jefferson Circuit Court, Kentucky, No. 15CR2518, on or about April 29, 2016; Robbery (F-2), Aggravated Robbery (F-1), Felonious Assault (F-2), and Theft-Motor Vehicle (F-4), Cuyahoga County Court of Common Pleas, CR-05-473513-E, on or about July 20, 2006; Burglary-Trespass in a Habitation when a Person is Present (F-3), Cuyahoga County Court of Common Pleas, CR-12-568652, on or about June 18, 2013; Burglary (F-3), Cuyahoga County Court of Common Pleas, CR-13-572032, on or about June 18, 2013, knowingly possessed in and affecting interstate commerce firearms, to wit:  a CANiK, Model TP9SA Mod 2, 9 mm pistol, serial number, 21AP20354; a Glock, Model 23, .40 caliber pistol, serial number SZM925; a Smith & Wesson, Model M&P 9 Shield M2.0, 9 mm pistol, serial number JFE8835; a Glock, Model 22, .40 caliber pistol, serial number BUZE630; a Taurus, Model G2C, 9 mm pistol, serial number ADA873657; an IWI, Model Jericho II, 9 mm pistol, serial number J2004045; a Ruger, Model LC9, 9 mm pistol, serial number 323-44452; a Mossberg, Model 500A, 12 gauge shotgun, serial number L909014; and a Smith & Wesson, M&P-15, multi-caliber rifle, serial number TN72436, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

<u>COUNT 30</u>
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

135.    On or about August 7, 2023, in the Northern District of Ohio, Eastern Division, Defendant KENNETH TIMBERLAKE, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being Attempted Robbery (F-4), Cuyahoga County Court of Common Pleas, CR-11-554559-A, on or about December 12, 2011, knowingly possessed in and affecting interstate commerce firearms, to wit: a CANiK, Model TP9SA Mod 2, 9 mm pistol, serial number, 21AP20354; a Glock, Model 23, .40 caliber pistol, serial number SZM925; a Smith & Wesson, Model M&P 9 Shield M2.0, 9 mm pistol, serial number JFE8835; a Glock, Model 22, .40 caliber pistol, serial number BUZE630; a Taurus, Model G2C, 9 mm pistol, serial number ADA873657; an IWI, Model Jericho II, 9 mm pistol, serial number J2004045; a Ruger, Model LC9, 9 mm pistol, serial number 323-44452; a Mossberg, Model 500A, 12 gauge shotgun, serial number L909014; and a Smith & Wesson, M&P-15, multi-caliber rifle, serial number TN72436, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

<u>COUNT 31</u>
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

136.    On or about August 7, 2023, in the Northern District of Ohio, Eastern Division, Defendant BRIAN JOHNSON, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Felon in Possession of Firearm, United States District Court, Northern District of Ohio, 1:05-cr-00119-JG, on or about July 15, 2005; Trafficking in Drugs (F-4), Cuyahoga County Court of Common Pleas, CR 417947, on or

about February 27, 2002; and Aggravated Burglary (F-1), Cuyahoga County Court of Common

Pleas, CR-11-552651, on or about November 23, 2011, knowingly possessed in and affecting

interstate commerce firearms, to wit: a Smith & Wesson, Model M&P 15, 5.56 caliber rifle,

serial number SY22175; a Taurus, Model PT1911, .45 caliber pistol, serial number NZI05328; a

Smith & Wesson, Model M&P 9, 9 mm pistol, serial number HVK1798; and a Taurus, Model

PT111 G2, 9 mm pistol, serial number ABD503330, said firearms having been shipped and

transported in interstate commerce, in violation of Title 18, United States Code, Sections

922(g)(1) and 924(a)(8).

COUNT 32
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

137.    On or about August 8, 2023, in the Northern District of Ohio, Eastern Division,

Defendant BRIAN JOHNSON, knowing he had previously been convicted of crimes punishable

by imprisonment for a term exceeding one year, those being: Felon in Possession of Firearm,

United States District Court, Northern District of Ohio, 1:05-cr-00119-JG, on or about July 15,

2005; Trafficking in Drugs (F-4), Cuyahoga County Court of Common Pleas, CR 417947, on or

about February 27, 2002; and Aggravated Burglary (F-1), Cuyahoga County Court of Common

Pleas, CR-11-552651, on or about November 23, 2011, knowingly possessed in and affecting

interstate commerce firearms, to wit: an SWD, Model M11/9, 9 mm caliber pistol, serial number

89-0037587; an SWD, Model M11/9, 9 mm caliber pistol, serial number 88-0001617; and a

Glock, Model M11/9, 9 mm caliber pistol, serial number BWGB890, said firearms having been

shipped and transported in interstate commerce, in violation of Title 18, United States Code,

Sections 922(g)(1) and 924(a)(8).

37

## COUNT 33
(Possession of a Machine Gun, 18 U.S.C. §§ 922(o) and 924(a)(2))

138.    On or about August 8, 2023, in the Northern District of Ohio, Eastern Division,

Defendant BRIAN JOHNSON, did knowingly possess a machine gun, as defined in Title 26,

United States Code, Section 5845(a)(6), that is a machine gun within the meaning of Title 26,

United States Code, Section 5845(b), and more particularly described as a Glock, Model M11/9,

9 mm caliber pistol, serial number BWGB890, with a machine gun conversion device, in

violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 34
(Transfer of a Machine Gun, 18 U.S.C. §§ 922(o) and 924(a)(2))

139.    On or about August 8, 2023, in the Northern District of Ohio, Eastern Division,

Defendant BRIAN JOHNSON, did knowingly transfer a machine gun, as defined in Title 26,

United States Code, Section 5845(a)(6), that is a machine gun within the meaning of Title 26,

United States Code, Section 5845(b), and more particularly described as a Glock, Model M11/9,

9 mm caliber pistol, serial number BWGB890, with a machine gun conversion device, in

violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 35
(Distribution of a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

140.    On or about August 8, 2023, in the Northern District of Ohio, Eastern Division,

Defendant BRIAN JOHNSON, did knowingly and intentionally distribute approximately 453.9

grams of a mixture and substance containing a detectable amount of methamphetamine, a

Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1)

and (b)(1)(B).

<u>COUNT 36</u>
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

141.    On or about August 9, 2023, in the Northern District of Ohio, Eastern Division, Defendant BRIAN JOHNSON, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Felon in Possession of Firearm, United States District Court, Northern District of Ohio, 1:05-cr-00119-JG, on or about July 15, 2005; Trafficking in Drugs (F-4), Cuyahoga County Court of Common Pleas, CR 417947, on or about February 27, 2002; and Aggravated Burglary (F-1), Cuyahoga County Court of Common Pleas, CR-11-552651, on or about November 23, 2011, knowingly possessed in and affecting interstate commerce firearms, to wit: a Glock, Model 19GEN5, 9 mm caliber pistol, serial number BPWT339; a Glock, Model 17, 9 mm caliber pistol, serial number USC992; a Glock, Model 23, .40 caliber pistol, serial number WPS571; a Glock, 9 mm caliber pistol, serial number ACDX773, and a Glock, Model 45, 9 mm caliber pistol, serial number BYCU487, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

<u>COUNT 37</u>
(Distribution of a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

142.    On or about August 10, 2023, in the Northern District of Ohio, Eastern Division, Defendant BRIAN JOHNSON, did knowingly and intentionally distribute approximately 452.8 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## FORFEITURE

The Grand Jury further charges:

143.    For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Sections 924(d)(1) and 934; and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 37, inclusive, are incorporated herein by reference.  As a result of the foregoing offenses, Defendants MAURICE STERETT, BRIAN JOHNSON, ANTONIO CROSS,  MARVELL ROACH, KENNETH TIMBERLAKE, TRAVIS WILLIAMS, and JAIVON WILLIAMS shall forfeit to the United States any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations; any and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations; and all firearms and ammunition involved in or used in the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

40