**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:23CR00457 |
| | ) | |
| | ) | Judge David A. Ruiz |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| MAURICE STERETT., | ) | **DEFENDANT'S MOTION** |
| | ) | **TO CONTINUE STATUS** |
| Defendant, | ) | **CONFERENCE** |

Now comes Defendant Maurice Sterett, by and through his Attorney, Kevin M. Cafferkey and respectfully asks this Honorable Court to grant his Motion to Continue the December 18, 2024 status conference. Defense Counsel needs more time to meet with Mr. Sterett and work towards resolving this case. Moreover, Defense Counsel has spoken with Attorney Lawrence Floyd who represents the co-defendant who is also set for December 18, 2024. Mr. Floyd is still going through Discovery and asks for additional time. Defense Counsel is requesting an additional 30 days. The Government does not oppose this request.

The Defendant respectfully asks this Honorable Court to grant his Motion to Continue.

Respectfully submitted,

/s/Kevin M. Cafferkey
Kevin M. Cafferkey, Esq. (0031470)
Attorney for Defendant, Maurice Sterett
55 Public Square
Suite 2100
Cleveland, Ohio 44113
(440) 221-4674; Fax (216) 696-1718
Email: kmcafferkey@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2024 a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

/s/Kevin M. Cafferkey
Kevin M. Cafferkey, Esq. (0031470)
Attorney for Defendant, Maurice Sterett